# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

LANDA WHITE,

    Plaintiff,

v.                                  CASE NO. 4:05cv17-RH/WCS

TOWN OF HAVANA,

    Defendant.

_____/

## ORDER CONFIRMING SCHEDULE

Upon consideration of the parties' notices (documents 11 and 14) filed in compliance with paragraph 1 of the Scheduling and Mediation Order filed May 20, 2005 (document 10),

IT IS ORDERED:

The Scheduling and Mediation Order filed May 20, 2005 (document 10) remains in full force and effect.

SO ORDERED this 22d day of June, 2005.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge